UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
SABA ROSARIO VENTURA,                           :
:
                           Petitioner,        :
:
          v.                                                     :
:
THOMAS DECKER, et al.,                          :
                         Respondents.       :
:
-----------------------------------------------------------X

| USDC-SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC#: |
| DATE FILED: 4/8/2021 |

No. 17-CV-8889 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On December 1, 2017, the Court granted Rosario Ventura's petition for a writ of *habeas corpus* and instructed that he be provided an individualized bond hearing before an immigration judge. In a letter dated April 7, 2021, Petitioner informed the Court that that hearing was held on December 8, 2017 and that he was granted release on bond.

      The Court accordingly dismisses this petition as moot. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:      April 8, 2021
              New York, New York

                                                          Ronnie Abrams
                                                           United States District Judge